```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                            Criminal Action No. 1:19-CR-55
                                      (Judge Kleeh)

**RAIMONTE GASTON and**
**TAYSHAWN BLAIR,**

      **Defendants.**

**ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 52],**
**DENYING DEFENDANTS' JOINT MOTION TO SUPPRESS [DKT. NO. 33],**
<u>**AND OVERRULING DEFENDANTS' OBJECTIONS [53]**</u>

This case arises out of a search conducted by West Virginia law enforcement officers during their investigation of the defendants, Raimonte Gaston ("Gaston") and Tayshawn Blair ("Blair"). Defendants filed their joint motion to suppress physical evidence on October 10, 2019 and argued that evidence obtained during a traffic stop of Zachary Taylor's vehicle on January 1, 2019 should be suppressed [Dkt. No. 33].

Having considered the briefing of the parties on the motion to suppress [Dkt. No. 33] and on Defendants' objections to the Report and Recommendation [Dkt. No. 53], as well as the evidentiary hearing of November 12, 2019 [Dkt. No. 48], and for reasons that will be set forth by separate memorandum order, the Court **ORDERS** as follows:

1. The Report and Recommendation [Dkt. No. 52] be **ADOPTED**;

2. Defendants' Motion to Suppress [Dkt. No. 33] is **DENIED**; and

3. Defendants' Objections to the Report and Recommendation [Dkt. No. 53] be **OVERRULED**.

It is so **ORDERED**. The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

**DATED**: April 5, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE